CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Adrien Daniel Hernandez;** DOB: 2006; U.S. Citizen<br>**Angel Eduardo Huerta**; DOB: 2005; U.S. Citizen<br>**Nahun A. Mesa Melgar**; DOB: 2005; Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-00882MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** From a date unknown to on or about June 28, 2026, in the District of Arizona, **Adrien Daniel Hernandez, Angel Eduardo Huerta**, and **Nahun A. Mesa Melgar,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Moises Cruz-Ortiz, Andres Salazar-Salas, Federico Cruz-Cruz, Ivan Cruz-Moran, and Erick Salazar-Salas, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about June 28, 2026, in the District of Arizona, **Adrien Daniel Hernandez, Angel Eduardo Huerta**, and **Nahun A. Mesa Melgar**, knowing that certain illegal aliens, including Moises Cruz-Ortiz, Andres Salazar-Salas, Federico Cruz-Cruz, Ivan Cruz-Moran, and Erick Salazar-Salas had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 28, 2026, in the District of Arizona (Amado), at approximately 6:15 a.m., Border Patrol Agents (BPAs) at the immigration checkpoint on Arivaca Road and mile marker 22 observed a black Toyota Camry pass their location. The Camry was driven by a younger aged male, who was the sole occupant of the vehicle. BPAs performed records checks and discovered that the Camry was registered out of Glendale, Arizona. At approximately 6:40 a.m., other BPAs observed a white Dodge Charger traveling southbound on State Route 286. The Charger was driving below the speed limit and appeared to have two occupants. At approximately 6:54 a.m. the Camry was captured on Border Patrol technology driving on Tres Beletos, approximately 7 miles north of the United States/Mexico border. Tres Beletos is a dirt road with severe terrain and leads to the United States/Mexico border. Approximately three minutes later, the Charger was captured on the same device. Air and Marine Operations helicopter (Troy) responded to the area and located both of the vehicle approximately two miles north of the border. The vehicles were originally northbound when Troy first located them, but performed a u-turn shortly after. Troy observed both vehicles come to a stop and observed the driver and sole occupant of the Camry exit the vehicle and walk over to the Charger, which was occupied by two subjects. The vehicles performed multiple u-turns in the short time that Troy was surveilling them. **Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Moises Cruz-Ortiz, Erick Salazar-Salas, Andres Salazar-Salas, Ivan Cruz-Moran, Federico Cruz-Cruz

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Taylor Garrett |
|---|---|
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | **DATE**<br>June 30, 2026 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Enderle

**Continued from front page.** 26-00882MJ

BPAs noted that the area does not have cell phone signal and that the vehicles may have been attempting to locate a group of illegal aliens (IAs) hidden in the brush. Believing that the vehicles may have been waiting for Troy to leave the area, Troy terminated surveillance and BPAs positioned themselves at a location towards the pavement. A short time later, BPAs observed the Charger passed their location heading northbound. Approximately two minutes later, the Camry passed their location.

The BPAs following the Camry noticed that the vehicle was now full of occupants. BPAs observed the rear passengers looking and moving around, appearing to try to look backwards to see if BPAs were following them. BPAs observed the front seat passenger lower himself and appeared to be looking back at BPAs through the space between the headrest and seatback. BPAs conducted a stop on both vehicles. The driver of the Camry was identified as **Angel Eduardo Huerta** and determined to be a United States citizen. The four passengers in the Camry, including Erick Salazar-Salas, Andrea Salazar-Salàs, and two juveniles, admitted to being citizens of Mexico illegally present in the United States. The driver of the Charger was identified as **Adrien Daniel Hernandez** and determined to be a United States citizen. The front seat passenger was identified as Nahun A. Mesa Melgar and determined to be a citizen of Honduras and a Lawful Permanent Resident in the United States. The three back seat passengers, identified as Ivan Cruz-Moran, Moises Cruz-Ortiz, and Federico Cruz-Cruz, admitted to being citizens of Mexico illegally present in the United States.

In a post-*Miranda* interview, **Adrien Daniel Hernandez** stated that he is from Phoenix, Arizona. **Hernandez** stated that he met a person on social media who offered him a job to pick up illegal aliens and transport them back to Phoenix. The person agreed to pay **Hernandez** $1,400 per person. The person sent him a GPS location indicating where the pickup would occur. **Hernandez** stated that he drove to the location and picked up three migrants in a remote, deserted area. After the migrants entered his vehicle, **Hernandez** drove away and was stopped by agents shortly thereafter.

In a post-*Miranda* interview, **Angel Eduardo Huerta** stated that he started his day in Phoenix. His friend, **Nahun Mesa Melgar**, called him early in the morning and asked him to pick up "family members" for him. **Huerta** stated that **Mesa Melgar** told him that everything would be safe and there was nothing to worry about. **Mesa Melgar** came with him since **Huerta** didn't know where to go or any details. They drove to an unknown individual's house and **Mesa Melgar** started talking to the person about how much they would be getting paid to pick up the people. **Huerta** stated that when he heard all of the conversations he started getting nervous and feeling uncomfortable. **Huerta** stated that he didn't really want to do it but he felt obligated and thought that the unknown individual would maybe hurt him if he did not do the job. **Huerta** stated that he was the passenger on the way down and that **Mesa Melgar** was getting a map location to the exact location to pick up the people. Once they got to the location, four people suddenly came out and jumped in the vehicle. **Huerta** stated that **Mesa Melgar** then told him that he had to drive. **Huerta** stated that he felt obligated to drive and started following the other vehicle. **Huerta** stated that he felt very uncomfortable and didn't really know what was happening. He thought he was just being an Uber driver at that point and wasn't doing anything wrong because he didn't help anyone cross the border. **Huerta** stated that he felt obligated to drive because the people were wearing camouflage and he thought they might be armed.

Material witness Moises Cruz-Ortiz stated that he is a citizen and national of Mexico. His friend from Mexico paid the smuggling fees. He entered the United States illegally on June 26, 2026. He climbed over the border wall with a guide and one other subject. His group walked for a half a day before the guide left them and gave them instructions on how to travel to the pickup point. They were picked up by a white vehicle, and the passenger asked them if they were "pollos." Cruz-Ortiz stated that the driver did not speak Spanish and only communicated with the passenger. Cruz-Ortiz described the passenger as a white male with a thin build and wearing a black shirt. After they got into the white car, they saw a black car drive up.

**Continued on next page.**

**Continued from previous page.** 26-00882MJ

Material witness Erick Salazar-Salas stated that he is a citizen and national of Mexico. He intended to be smuggled to Lubbock, Texas. He entered the United States illegally on June 25, 2025 with his brother. His brother made arrangements for their entry while they were still in Mexico. His group was provided with the vehicle description and its location coordinates upon crossing the border.

Material witness Andres Salazar-Salas stated that he is a citizen and national of Mexico. He paid $9,000 USD to enter the United States and planned on residing in Indiana. He entered the United States illegally on June 26, 2026 as part of a group of seven individuals. Once he made it to the pickup location, he waited one day before a black sedan arrived. The group knew the description of the vehicle because the guide, who stayed in Mexico, discussed it beforehand. They were ordered by the driver to enter the vehicle. He did not know if the driver was aware that they were in the country illegally.

Material witness Ivan Cruz-Moran stated that he is a citizen and national of Mexico. His friend provided him money to cross the border. He crossed the border on June 26, 2026 with seven subjects. The guide took them to the border wall, oriented the group towards the pickup location, and provided the description of the vehicle, but did not cross the border wall with the group. A white Dodge Challenger picked up the group, occupied by a driver and passenger. Cruz-Moran stated that the driver and passenger were aware that they did not have any legal documentation.

Material witness Federico Cruz-Cruz stated that he is a citizen and national of Mexico. He paid $2,000 Mexican pesos in smuggling fees. He entered the United States illegally on June 27, 2026 with three subjects. His group walked for a day and a half before they were picked up by a white vehicle occupied by a driver and passenger. The driver did not give them any further instructions and drove off.